UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                              Plaintiff,

                                                                                      DECISION AND ORDER

                                                                                      06-CR-6162L
                                                                                      09-CV-6109L

              v.

LAZERO COLLADO MONTERO,

                              Defendant.
_____

       Defendant Lazero Collado Montero filed a petition to vacate this Court's sentence and judgment on March 5, 2009. Defendant now seeks by motion (Dkt. #90) to amend that petition. The motion is granted and the Government has until July 31, 2009 within which to respond.

       IT IS SO ORDERED.

                                         _____
                                             DAVID G. LARIMER
                                          United States District Judge

Dated: Rochester, New York
       June 26, 2009.